AUSTRO-AMERICAN ALUMINUM CORPORATION, Appellant, v. GOLWYNNE CHEMICALS CORPORATION, Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

IRVING GERBER, Respondent, v. JAROLD SHOPS, INC., Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [Order denied motion to make complaint more definite and certain.]

DRAGOON REALTY CORPORATION, Respondent, v. ABE M. HIRSCH et al., Doing Business under the Name of NORMANDIE SHOWROOM SERVICE Co., et al., Appellants.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

EDWARD M. FRANKEL et al., Respondents, v. UFININDO INTERNATIONAL CORPORATION et al., Appellants.— Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

EDWARD M. FRANKEL et al., Respondents, v. UFININDO INTERNATIONAL CORPORATION, Appellant, et al., Defendants.— Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

LOUIS SHAPIRO, Respondent, v. MAX MORDKA et al., Copartners Doing Business under the Name of MEMO LEATHER GOODS Co., Appellants.— Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

In the Matter of MICHAEL SULLIVAN, Appellant, against ALBERT WILLIAMS as Commissioner of the Department of Correction of the City of New York, Respondent.—